STATE OF MISSOURI to use of WILLIAM C. DAGGETT, Appellant, *v.* JOHN LEUTZINGER, JOSEPH SCHNEIDER, and MARTIN KEARY, Respondents.

*Practice—Supreme Court—Briefs.*—Appeal dismissed upon failure of appellant to file statement and brief.

*Appeal from St. Louis Circuit Court.*

*Wm. Kreiter,* for appellant.

*Jecko & Clover,* for respondents.

WAGNER, Judge, delivered the opinion of the court.

In this case the appellant has failed to file any statement and brief as required by law. The appeal will therefore be dismissed. The other judges concur.

———◄●○●►———

WILLIAM C. COGSWELL and WILLIAM FREUDENAU, Respondents, *v.* PEYTON RANDOLPH, FREDERICK W. RANDOLPH, and ROBERT A. W. CRENSHAW, Appellants.

*Practice—Supreme Court—Assignment of Errors.—Briefs.*—Judgment affirmed, appellants failing to assign errors and file statement and brief.

*Appeal from St. Louis Circuit Court.*

*C. F. Burnes,* for appellants.

*. Sharp & Broadhead,* for respondents.

WAGNER, Judge, delivered the opinion of the court.

The appellants having neglected to file any assignment of errors or statement and brief in this case, the judgment of the court below will be affirmed.

The other judges concur.